The People of the State of New York, Respondent, 
against
Luis Virella, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Harold Adler, J.), rendered March 9, 2017, convicting him, upon his plea of guilty, of driving while intoxicated, and imposing sentence.




Per Curiam.
Judgment of conviction (Harold Adler, J.), rendered March 9, 2017, affirmed.
By pleading guilty while his constitutional speedy trial motion remained undecided, defendant abandoned that claim and forfeited any appellate review (see People v Alexander, 19 NY3d 203, 219 [2012]; People v Rodriguez, 50 NY2d 553 [1980]; People v Capellan, 142 AD3d 923 [2016], lv denied 28 NY3d 1123 [2016]; People v Flemming, 27 AD3d 257 [2006], lv denied 7 NY3d 755 [2006]). In any event, we find no violation of defendant's constitutional right to a speedy trial (see People v Taranovich, 37 NY2d 442 [1975]). Although there was substantial delay, it was satisfactorily explained, caused in large part by defendant's extensive motion practice and adjournment requests, or court congestion, and relatively little of it was attributable to the People (see People v Mack, 126 AD3d 657 [2015], lv denied 25 NY3d 1167 [2015]; People v Marino, 6 AD3d 214 [2004], lv denied 3 NY3d 643 [2004]). Furthermore, defendant has not established that he was prejudiced by any delay (see People v Arroyo, 93 AD3d 608, 609 [2012], lv denied 19 NY3d 957 [2012]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur 
Decision Date: May 17, 2018